## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50119 | **DATE** | 3/2/2012 |
| **CASE TITLE** | McIntyre vs. McCaslin | | |

**DOCKET ENTRY TEXT:**

Pursuant to the stipulations of the parties, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Defendants' motion for reconsideration [46] is denied as moot. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|